Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian
211 E. Ocean Blvd., Ste. 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)434-2935
E-mail marc.kalagian@rksslaw.com

Leonard Stone
Shook & Stone, Chtd.
710 S. 4th Street
Las Vegas, Nevada, 89101
Tel.: (702)385-2220
Fax: (702)384-0394

Attorneys for Plaintiff
Michael W. Dearman

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL W. DEARMAN, | Case No.: 2:12-cv-01642-JCM-CWH |
| Plaintiff, | MOTION TO SERVE ADDITIONAL PARTY WITH SUMMONS AND COMPLAINT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO DEFENDANT MICHAEL J. ASTRUE, AS THE COMMISSIONER OF SOCIAL SECURITY, AND TO HIS ATTORNEYS OF RECORD:

Plaintiff Michael W. Dearman hereby respectfully requests that the Court serve the summons and Complaint via certified mail to:

-1-

1  Office of the Regional Chief Counsel, Region IX
2  Social Security Administration
   160 Spear Street, Suite 899
3  San Francisco, California 94105-1545

4  Michael Dearman makes this request because a review of the Court order
5 dated October 22, 2012 directs service to General Counsel, Social Security
6 Administration, Room 611, Altmeyer Building, 6401 Security Boulevard,
7 Baltimore, Maryland 21235.  However, pursuant to the Federal Register (70 FR
8 73320, December 9, 2005) proper service is to the Regional Counsel Office in San
9 Francisco.  I attach a copy of the Appeals Council denial dated August 14, 2012, as
10 Exhibit 1 providing the citation for proper service.  In the alternative, Mr. Dearman
11 requests an order from this Court to serve the Office of the Regional Chief
12 Counsel, Region IX.

13 DATE: October 24, 2012          Respectfully submitted,

14                                 ROHLFING & KALAGIAN, LLP

15                                 /s/ *Marc V. Kalagian*
16                             BY:_____
                                    Marc V. Kalagian
17                                  Attorney for plaintiff MICHAEL W. DEARMAN

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 25, 2012

-2-

**CERTIFICATE OF SERVICE**

**FOR CASE NUMBER 2:12-CV-01642-JCM-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 24, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

          /s/ Marc V. Kalagian
          _____

          Marc V. Kalagian
          Attorneys for Plaintiff
          _____