UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL W. DEARMAN, ) | |
| ) | Case No. 2:12-cv-01642-JCM-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#15), filed December 27, 2012. Plaintiff is proceeding *in forma pauperis* and is entitled to rely upon the United States Marshal for service of the summons and complaint. In its order granting *in forma pauperis* status, the Court ordered the Clerk of Court to issue summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the United States Marshal for service. (#3). The summons was issued on October 22, 2012. (#5). Having not received confirmation that the United States Marshal completed service on the United States Attorney for the District of Nevada, Plaintiff now requests that the Clerk issue a new summons for service along with the complaint. Instead of reissuing summons, the Clerk of Court is instructed to deliver a copy of the original summons, complaint, and this order to the United States Marshal for service upon the United States Attorney for the District of Nevada. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#15) is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that The Clerk of Court shall deliver the original summons and

1 | complaint to the U.S. Marshal for service on the United States Attorney for the District of Nevada.
2 | Dated this 8th day of January, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge