# UNITED STATES DISTRICT COURT

DISTRICT OF   Nevada

Michael W. Dearman,

                Plaintiff,

V.

Michael J. Astrue,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   2:12-cv-01642-JAD-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment for Attorney's Fees and Costs is awarded in favor of Plaintiff Michael W. Dearman and against Defendant Michael J. Astrue in the amount of $4,250.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, subject to terms of the Stipulation.

October 31, 2013                                  /s/ Lance S. Wilson

Date                                                   Clerk

                                                                     /s/ Ari Caytuero

                                                                    (By) Deputy Clerk